■ In the Matter of HENRY SPIRO, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent, and MILTONIAN REALTY CORP., Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent-respondent. No opinion. Concur — Breitel, J. P., Rabin, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEANETTE MARCOPOULOS, Appellant.— Judgment unanimously modified, in the exercise of discretion, by reducing the sentence to the time already served and, as so modified, affirmed. On the record, the sentence now fixed is warranted. Concur — Breitel, J. P., Rabin, Cox, Frank and Valente, JJ.

■ In the Matter of ADA LINSKY et al., Comprising Tenants' Committee of the Various Tenants of 2505 Olinville Avenue, Appellants, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and PEMAQUID CORP., Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Cox, Frank and Valente, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. JOHN RENFRO, Appellant.— Order of filiation reversed and the complaint dismissed upon the ground that the evidence in support thereof is not entirely satisfactory. Concur — Breitel, J. P., Rabin, Cox and Frank, JJ.; Valente, J., dissents and votes to affirm.

■ In the Matter of ALFRED GOSTIN, Individually and as Chairman of the Tenants' Committee of the Various Tenants of 2070, 2074 and 2076 Bronx Park East, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and PELHAM SYNDICATE, INC., Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, Rabin, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. STUART MITCHELL.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS NAPOLITANO.— Motion dismissed. No authorization from this court is required to enable defendant to replace his former attorney. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DAVID O'DONNELL.— Motion dismissed. This court is without power to grant the relief sought. Sections 527 and 529 of the Code of Criminal Procedure provide that such applications must be made to the court in which the conviction was had or a regularly appointed Special Term of the Supreme Court. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ STATE EXPORT CO., INC., v. MOL SHIPPING AND TRADING INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of ABRAHAM PEISACHOFF, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of the Probate of the Will of MORRIS REISER, Deceased. JACOB REISER, Respondent; ISIDORE REISER, Appellant.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.